Edward W. Brown, Minor, by Charles Brown, His Next Friend, et al., Appellees, v. Robert H. Steed and William McCann, Partners, Trading as State Grocery and Market, et al., Appellants.

Gen. No. 9,364.

opinion filed February 24, 1943. Stone & Taylor, for appellants; Loren B. Lewis, for appellees. Opinion by JUSTICE DADY. ''Not to be published in full.''

H. C. Willadsen, Trading as H. C. Willadsen Construction Company, Appellee, v. City of East Peoria, Illinois, Appellant.

Gen. No. 9,358.

opinion filed February 24, 1943. George Donaldson, Wallace J. Black and Kenneth W. Black, for appellant; Fred W. Potter, Jr., for appellee. Opinion by JUSTICE HAYES. ''Not to be published in full.''